# MINUTE ORDER

Page 2

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor        Date: 3/8/2024    Time: 2:00 p.m.

Defendant: Billy Olvera           J#: 99475-510   Case #: 24-20034-CR-ALTONAGA/REID(SEALED)

AUSA: Elizabeth Noonan-Pomada      Attorney: Robert David Malove

Violation: Intereference with Flight Crew Members and Attendants        Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: 75K PSB

Bond Set at: 75K PSB         Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☒ Other: See Attachment

Disposition:
- Defendant advised of his rights.
- Deft sworn
- case unseal
- Govt requested bond of $75K-PSB remains imposed as it is in TX (see attachment)
- Deft arraigned, reading of indictment waived, not guilty plea entered, jury trial demanded, standing discovery order requested. Brady order given.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:19:52 / 14:29:45        Time in Court: 12 mins

s/Lisette Marie Reid                    Magistrate Judge

1. Submit to supervision by and report for supervision to the U.S. Probation in Laredo, Texas
2. Maintain or actively seek employment. Provide proof to U.S. Probation Office.
3. Surrender any passport to U.S. Probation.
4. Not obtain a passport or other international travel document.
5. Abide by the following restrictions on personal association, residence, or travel: travel restricted to Laredo, Texas. Travel permitted to Miami, Florida, for case related matters. All travel must be pre-approved by the supervising officer. No travel to Mexico.
6. Avoid all contact, directly or indirectly with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants, victims, potential victims, and/or material witnesses.
7. Not possess a firearm, destructive device, or other dangerous weapons, excluding any service issued weapons required to perform his duties as a special agent, if actively employed. The defendant's personal weapons and weapon permit should be provided to a 3rd Party.
8. Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
9. The defendant shall not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation, or parole.
10. The defendant shall follow all the instructions of the supervising officer, which shall include the Laredo USPO if supervised elsewhere.
11) None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own until the bond is discharged, or otherwise modified by the Court