UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20034-CR-ALTONAGA/REID

UNITED STATES OF AMERICA,
        *Plaintiff*,

v.

BILLY OLVERA,
        *Defendant*.

_____/

## JOINT MOTION FOR CONTINUANCE

Pursuant to Local Rule 7.6, the parties to this action respectfully move the Court to continue the calendar call set for April 30, 2024, at 9:00 a.m. and the jury trial set for May 6, 2024. As good cause for granting a continuance, the parties state as follows:

1. On March 11, 2024, this Court issued an "Order Setting Trial Date" (Doc. 8). Jury trial is set for the two-week period commencing May 6, 2024. A calendar call is set for April 30, 2024, at 9:00 a.m.

2. Counsel for the Defendant is a practicing Orthodox Jew. There is an Orthodox Jewish work proscription for the first two days of Passover, April 23 & 24, 2024, and for the last two days of Passover, April 29 & 30, 2024[1], and counsel will not be available on those days.

3. Counsel for the Government has no objection to this continuance for religious reasons, as detailed above. Furthermore, counsel for the Government is a Special Assistant United States Attorney. She will be returning to her home office of the

_____

[1] Pesach (Passover - Festival) – Eight days** - April - Sabbath-like restrictions (no work) on the first two and last two days, except for certain work involving food preparation and carrying. Non-essential work prohibited on the intermediate days.

Department of Justice's Criminal Antitrust Division as of May 6, 2024, and will be transitioning this case to another attorney in the United States Attorney's Office for a future trial date. This continuance will allow the new attorney for the Government sufficient time to review the discovery in this case and otherwise prepare for trial.

4. Due to the anticipated unavailability of counsels, the parties jointly ask the Court to continue the proceedings currently set for April 30, 2024, and May 6, 2024.

WHEREFORE, the parties jointly request the Court continue the proceedings as set forth in this motion.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 S.E. 9th Street
Fort Lauderdale, FL 33316
Telephone: (954) 861-0384
e-filing@robertmalovelaw.com

By: */s/ Robert David Malove*
    Robert David Malove
    FL Bar No: 407283

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ Elizabeth Noonan-Pomada*
    Elizabeth Noonan-Pomada
    Special Assistant United States Attorney
    Court ID: A5503134
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9102
    elizabeth.noonan-pomada2@usdoj.gov

2

3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this document was electronically filed via the CM/ECF filing system on April 8, 2024, and all parties were effectively served thereby.

By: */s/ Robert David Malove*
Robert David Malove