UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20034-ALTONAGA

UNITED STATES OF AMERICA

vs.

BILLY OLVERA,

      **Defendant.**

_____/

## UNITED STATES' PROPOSED VOIR DIRE

The United States respectfully requests that the Court include in its voir dire the attached questions in addition to the questions usually asked by the Court.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   */s/ Brooke Elise Latta*
       Brooke Elise Latta
       Assistant United States Attorney
       Florida Bar No. 105315
       99 Northeast 4th Street, Miami, Florida
       Tel: (305) 619-7484

**GOVERNMENT'S MOTION FOR PROPOSED VOIR DIRE**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the United States requests that, in addition to the standard questions to be propounded by the Court, the following voir dire questions be posed to potential jurors during the jury selection process in the trial of this case. It is further requested that the parties be allowed to propose such additional voir dire questions as may become appropriate based upon voir dire examination of potential jurors.

1. **BIAS AND GENERAL BACKGROUND QUESTIONS**

    a. Have you or your spouse ever had legal training or worked for a lawyer or law firm? If yes, please tell us about that training or employment.

    b. Have you ever been a witness in a criminal case or in a grand jury? If yes, did the prosecutor or defense lawyer treat you fairly? If no, would the experience cause you to distrust any of the lawyers in this case?

    c. The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance, fear, or hostility. Is there anybody here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

2. **EXPERIENCES WITH LAW ENFORCEMENT**

    a. This case was investigated by Department of Homeland Security, to include Homeland Security Investigations and Customs and Border Protection. To the best of your knowledge, have you, any member of your family, or any close friends had any experiences, positive or negative, with any of these agencies?

      If yes, would you be able to put those feelings and experiences aside and render a verdict based only on the evidence before you?

    b. Have you, a family member, or a close friend ever been the victim of crime?

    c. If yes, were you satisfied or dissatisfied with the way you were treated by law enforcement officials and the judicial system?

    d. Do you know of any reasons why you be biased or prejudiced for or against the government in this case?

3. **CONTACTS WITH CRIMINAL JUSTICE SYSTEM**

    a. Regardless of the resolution, have you been arrested for or charged with a crime? If so:

        i. Were you convicted? If not, how was the case resolved?

        ii. Was your case sealed or expunged?

        iii. if you were convicted of a felony, were your civil rights restored?

    b. Do you have any friends or family members who have been arrested for, charged with, or convicted of a crime? Do you feel like their interaction with the criminal justice system was a fair one?

4. **PHILOSOPHICAL OR RELIGIOUS BELIEFS**

    a. Do any of you hold a philosophical, religious, or other belief that would make it difficult for you to sit in judgment of another person charged with a crime?

5. **PENALTIES**

    a. You will not be advised of the potential penalties involved in this case and you should not try to speculate as to what those penalties may be when reaching your

decision. Is there anyone who cannot render a decision in this case without knowing what the penalties for this defendant might be?

b. Is there anyone who would vote "Not Guilty" no matter what the evidence indicates, merely because this crime may result in a period of incarceration?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   */s/ Brooke Elise Latta*
Brooke Elise Latta
Assistant United States Attorney
Florida Bar No. 105315
99 Northeast 4th Street, Miami, Florida
Tel: (305) 619-7484

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF.

By:   */s/ Brooke Elise Latta*
Brooke Elise Latta