UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-20034-CR-ALTONAGA

UNITED STATES OF AMERICA,
        *Plaintiff*,

vs.

BILLY OLVERA,
        *Defendant*.
_____/

## DEFENDANT'S PROPOSED STATEMENT OF THE CASE AND VOIR DIRE QUESTIONS

COMES NOW, Billy Olvera, the Defendant, through undersigned counsel, respectfully requests that in addition to the *Ridley* question, the Court read the following statement of the case to the jury panel and ask the proposed following voir dire questions:

## STATEMENT OF THE CASE

This case involves an accusation November 6, 2023, that while onboard American Airlines flight 232 en route from Dallas, Texas, to Miami, Florida, the Billy Olvera, intimidated and attempted to intimidate a flight attendant of the aircraft, namely, "A.G.," and interfered with the performance of her duties of the flight attendant, and lessened the ability of the flight attendant to perform those duties.

## VOIR DIRE QUESTIONS

A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent unless the government proves guilt beyond a reasonable doubt. Mr. Olvera does not need to produce any evidence whatsoever to prove his innocence. If you are selected as a juror in this case, how many of you will have difficulty applying this rule of law?

How many of you have any opinion as to Mr. Olvera's guilt or innocence at this moment?

How many of you believe that because Mr. Olvera was arrested and charged with a crime, that he is probably guilty of something?

How many of you feel that you might have some difficulty presuming that Mr. Olvera is innocent of the charges against him in this case?

The Defendant, Billy Olvera, is an Immigrations and Customs Enforcement, I.C.E., agent.  He is a law enforcement officer.  Would any of you hold Billy Olvera to a higher standard of conduct simply because of his employment as law enforcement officer or would you treat him the same as anyone who is not in law enforcement?

If you think that Billy Olvera's behavior was outrageous, wrong and highly offensive, would you still be able to find him not guilty if you conclude that his behavior does not satisfy the elements that the government is required to prove would you still be able to find him not guilty?

The government may call the following witnesses: (the government's witness list is read to the jury).

Mr. Olvera is presumed innocent of the charges against him, and has no obligation to call any witnesses.

Do any of you know any of the people whose names I have read?

This involves testimony regarding the November 6, 2023 American Airlines flight 232 from Dallas to Miami. Have any of you (or your family or close friends) ever worked at the airport, for an airline, as a flight attendant or in any other capacity in the past? Or, is there any other reason why you have a particular familiarity with the protocol or SOP of flight attendants or flight crews?

This case involves an accusation that while onboard American Airlines flight 232 en route from Dallas, Texas, to Miami, Florida, the Defendant, intimidated and attempted to intimidate a flight attendant of the aircraft, namely, "A.G.," and interfered with the performance of the duties of the flight attendant, and lessened the ability of the flight attendant to perform those duties, how many of you feel that, because of the nature of the charges in this case, it might be difficult for you to sit as a juror?

As residents of a major metropolitan area, many of us are concerned about crime. As jurors in this case, you would be required to set aside your concerns and attitudes on general issues and decide this case independently and solely on the

evidence and the instructions as the Court gives them to you. How many of you feel that you might find that difficult?

Have you or anyone close to you had an unpleasant experience regarding a disturbance on an airplane flight?

Are any of you, your close family or friends lawyers or law students or have any of you ever studied law in the past?

Have any of you, your close family or friends ever worked, either formally or informally, or applied for employment with a law enforcement agency?  By law enforcement agency I mean organizations such as the Metro-Dade Police Department, other local police departments, F.B.I., the State's Attorney's or District Attorney's Office, the United States Attorney's Office, C.I.A., I.R.S., B.A.T.F., Secret Service, Military Police, U.S. Customs Office, I.C.E., GSA Guards, government building police, private security firms and the like?

How many of you (or your close friends or relatives) have been employed by any prison, jail, department of corrections, probation office, or parole agency?

Have any of you (or your close friends or relatives) ever worked for either a Federal or local court system in any capacity?

Have any of you ever served on a grand jury or a petit jury (civil or criminal) in either the Federal or a local or state court system?

Have any of you ever sat before on a criminal jury. If so, what kind of case was it and what verdict, if any, did the jury reach?

Is there anything about that experience--whether it involved the lawyers, the judge, the accused, the evidence, or your jury deliberations--that makes you feel that you would have trouble being fair and impartial, or that you believe would make it difficult for you to serve as a juror in this case?

Have any of you formed any opinions about either prosecutors or defense attorneys which would affect you in deciding this case?

How many of you feel that police testimony is more likely to be believable or reliable than testimony by another witness?

If you had to choose who to believe, a police officer or a witness called by a defendant, how many of you would be more likely to believe the police officer because he is a police officer?

How many of you agree that in general police don't make mistakes?

Do any of you now, or have you within the past five years, belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention groups?

How many of you have strong feelings about crime?

To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of

your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict.

Would any of you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

Do any of you feel that you would tend to go along with the majority of jurors even if you did not agree just because you were in the minority?

Mr. Malove, the Defendant, Billy Olvera's, attorney Malove is an Orthodox Jew and wears a skull cap called a "yarmulke."  Since October 7, 2023, the war in the Gaza Strip has become a hot news topic and has become politically divisive. Regardless of whether you are pro-Hamas / pro- Palestinian or pro-Israel, will you agree not allow your views on the war or your views on Mr. Malove's Orthodox Jewish religious affiliation affect your ability to be fair and impartial and render your verdict based solely on the evidence and the jury instructions?

Here are some fundamental principles of law:

The fact that an indictment has been filed raises no presumption whatsoever of the guilt of the defendant.

The United States government must satisfy you beyond a reasonable doubt of the guilt of the defendant.

The defendant does not have any obligation to testify or to produce any evidence and you may not draw an adverse inference if the defendant chooses not to testify.  Would you be able to find the Defendant not guilty if he choses not to become

a witness in this case?  Would you wonder what he was hiding if he chose not to become a witness in this case?

The defendant is presumed to be innocent until his guilt is established beyond a reasonable doubt.

You must wait until all of the evidence has been presented before making up your minds as to the innocence or guilt of the defendant.

Does anyone believe that they will have any difficulty following these principles of law?

Respectfully submitted,

The Law Offices of
ROBERT DAVID MALOVE, P.A.
200 SE 9th Street
Ft. Lauderdale, Florida 33316
Telephone: (954) 861-0384
e-filing@robertmalovelaw.com

By: */s/ Robert David Malove*
    Robert David Malove
    Florida Bar No.: 407283

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically served upon opposing counsel for the Government via email on May 13, 2024.

By: */s/ Robert David Malove*
    Robert David Malove