✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Florida

**UNITED STATES OF AMERICA**

V.

**BILLY OLVERA**

**EXHIBIT LIST**

Case Number: 24-CR-20034-ALTONAGA

| PRESIDING JUDGE<br>Honorable Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY<br>Audrey Pence Tomanelli/Brooke Latta | DEFENDANT'S ATTORNEY<br>Robert David Malove |
|---|---|---|
| TRIAL DATE (S)<br>May 20, 2024-May 23, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | 1a-m | | Composite of Photographs of Airbus A231 |
| | | | 2 | | Seat Map of Airbus A321 |
| | | | 3 | | Flight Manifest of AA Flight Number 232 |
| | | | 4 | | Stipulation, Aircraft in the United States |
| | | | 5 | | Waiver of Miranda Rights Form, Defendant's Statement |
| | | | 6 | | Audio Recording, Defendant's Statement |
| | | | 7 | | Transcript, Defendant's Statement |
| | | | 8 | | Surveillance Footage, American Airlines/Miami International Airport Jetway |
| | | | 9a-9e | | Bodyworn Camera Footage |
| | | | 10 | | Video of Defendant, Recovered from Lauren Anderson's Cellular Device |
| | | | 11 | | Video of Defendant, Recovered from A.G.'s Cellular Device |
| | | | 12 | | Defendant's Physical Cellular Device |
| | | | 13a | | Photograph Report, Defendant's Cellular Device Extraction |
| | | | 13b-13x | | Photographs from Defendant's Cellular Device |
| | | | 14a | | Video Report, Defendant's Cellular Device Extraction |
| | | | 14b1–14u2 | | Videos and Video Stills, Defendant's Cellular Device Extraction |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages