✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |
|---|---|---|

**UNITED STATES OF AMERICA**

V.

BILLY OLVERA

**EXHIBIT LIST**

Case Number:   24-CR-20034-ALTONAGA

| PRESIDING JUDGE<br>Honorable Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY<br>Audrey Pence Tomanelli/Brooke Latta | DEFENDANT'S ATTORNEY<br>Robert David Malove |
|---|---|---|
| TRIAL DATE (S)<br>May 21, 2024-May 22, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/21/2024 | 1a-m | X | Composite of Photographs of Airbus A231 |
| | | 5/21/2024 | 2 | X | Seat Map of Airbus A321 |
| | | 5/21/2024 | 3 | X | Flight Manifest of AA Flight Number 232 |
| | | 5/21/2024 | 4 | X | Stipulation, Aircraft in the United States |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 5/21/2024 | 10a-10b | X | Video/Timestamp of Defendant, Recovered from Lauren Anderson's Cellular Device |
| | | 5/21/2024 | 11a-11b | X | Video/Timestamp of Defendant, Recovered from A.G.'s Cellular Device |
| | | 5/21/2024 | 12 | X | Defendant's Physical Cellular Device |
| | | 5/21/2024 | 13a | X | Photograph Report, Defendant's Cellular Device Extraction |
| | | 5/21/2024 | 13b-13x | X | Photographs from Defendant's Cellular Device |
| | | 5/21/2024 | 14a | X | Video Report, Defendant's Cellular Device Extraction |
| | | 5/21/2024 | 14b1–14u2 | X | Videos and Video Stills, Defendant's Cellular Device Extraction |
| | | 5/21/2024 | 15 | X | User Attribution Report, Defendant's Cellular Device Extraction |
| | | 5/22/2024 | 16 | X | Photograph of Defendant's Badge |
| | | 5/21/2024 | 17a-e | X | Photographs of Text Messages |
| | | 5/21/2024 | 18a-f | X | Photographs of Diary |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.