| Flight | Departure | Date | PNR | PNR Date | PNR Time | Seat | Last Name | First Name |
|--------|-----------|------|-----|----------|----------|------|-----------|------------|
| 232 | DFW | 11/6/2023 | | | | 1A | | |
| 232 | DFW | 11/6/2023 | | | | 1C | | |
| 232 | DFW | 11/6/2023 | | | | 1C | | |
| 232 | DFW | 11/6/2023 | | | | 1D | | |
| 232 | DFW | 11/6/2023 | | | | 1F | | |
| 232 | DFW | 11/6/2023 | | | | 1W | | |
| 232 | DFW | 11/6/2023 | | | | 2A | | |
| 232 | DFW | 11/6/2023 | | | | 2C | | |
| 232 | DFW | 11/6/2023 | | | | 2D | | |
| 232 | DFW | 11/6/2023 | | | | 2D | | |
| 232 | DFW | 11/6/2023 | | | | 2F | | |
| 232 | DFW | 11/6/2023 | | | | 3A | | |
| 232 | DFW | 11/6/2023 | | | | 3C | | |
| 232 | DFW | 11/6/2023 | | | | 3D | | |
| 232 | DFW | 11/6/2023 | | | | 3F | | |
| 232 | DFW | 11/6/2023 | | | | 4A | | |
| 232 | DFW | 11/6/2023 | | | | 4C | | |
| 232 | DFW | 11/6/2023 | | | | 4D | | |
| 232 | DFW | 11/6/2023 | | | | 4F | | |
| 232 | DFW | 11/6/2023 | | | | 5A | | |
| 232 | DFW | 11/6/2023 | | | | 5C | | |
| 232 | DFW | 11/6/2023 | | | | 5D | | |
| 232 | DFW | 11/6/2023 | | | | 5F | | |
| 232 | DFW | 11/6/2023 | | | | 8A | | |
| 232 | DFW | 11/6/2023 | | | | 8B | | |
| 232 | DFW | 11/6/2023 | | | | 8C | | |
| 232 | DFW | 11/6/2023 | | | | 8C | | |
| 232 | DFW | 11/6/2023 | | | | 8D | | |
| 232 | DFW | 11/6/2023 | | | | 8E | | |
| 232 | DFW | 11/6/2023 | | | | 8F | | |
| 232 | DFW | 11/6/2023 | | | | 9A | | |
| 232 | DFW | 11/6/2023 | | | | 9B | | |
| 232 | DFW | 11/6/2023 | | | | 9C | | |
| 232 | DFW | 11/6/2023 | | | | 9D | | |
| 232 | DFW | 11/6/2023 | | | | 9E | | |
| 232 | DFW | 11/6/2023 | | | | 9F | | |
| 232 | DFW | 11/6/2023 | | | | 10A | | |
| 232 | DFW | 11/6/2023 | | | | 10B | | |
| 232 | DFW | 11/6/2023 | | | | 10C | | |
| 232 | DFW | 11/6/2023 | | | | 10D | | |
| 232 | DFW | 11/6/2023 | | | | 10E | | |
| 232 | DFW | 11/6/2023 | | | | 10F | | |
| 232 | DFW | 11/6/2023 | | | | 11A | | |
| 232 | DFW | 11/6/2023 | | | | 11B | | |
| 232 | DFW | 11/6/2023 | | | | 11C | | |
| 232 | DFW | 11/6/2023 | | | | 11D | | |
| 232 | DFW | 11/6/2023 | | | | 11E | | |
| 232 | DFW | 11/6/2023 | | | | 11F | | |
| 232 | DFW | 11/6/2023 | | | | 12A | | |
| 232 | DFW | 11/6/2023 | | | | 12B | | |
| 232 | DFW | 11/6/2023 | | | | 12C | | |
| 232 | DFW | 11/6/2023 | | | | 12D | | |
| 232 | DFW | 11/6/2023 | | | | 12E | | |
| 232 | DFW | 11/6/2023 | | | | 12F | | |
| 232 | DFW | 11/6/2023 | | | | 13A | | |

AO 886-C
GOVERNMENT EXHIBIT
CASE NO. 24-CR-20034-CMA
EXHIBIT NO. 3

| 232 | DFW | 11/6/2023 | 13A |
| 232 | DFW | 11/6/2023 | 13A |
| 232 | DFW | 11/6/2023 | 13A |
| 232 | DFW | 11/6/2023 | 13B |
| 232 | DFW | 11/6/2023 | 13C |
| 232 | DFW | 11/6/2023 | 13D |
| 232 | DFW | 11/6/2023 | 13E |
| 232 | DFW | 11/6/2023 | 13F |
| 232 | DFW | 11/6/2023 | 14A |
| 232 | DFW | 11/6/2023 | 14B |
| 232 | DFW | 11/6/2023 | 14C |
| 232 | DFW | 11/6/2023 | 14D |
| 232 | DFW | 11/6/2023 | 14E |
| 232 | DFW | 11/6/2023 | 14F |
| 232 | DFW | 11/6/2023 | 14F |
| 232 | DFW | 11/6/2023 | 15A |
| 232 | DFW | 11/6/2023 | 15B |
| 232 | DFW | 11/6/2023 | 15C |
| 232 | DFW | 11/6/2023 | 15D |
| 232 | DFW | 11/6/2023 | 15E |
| 232 | DFW | 11/6/2023 | 15F |
| 232 | DFW | 11/6/2023 | 16A |
| 232 | DFW | 11/6/2023 | 16B |
| 232 | DFW | 11/6/2023 | 16C |
| 232 | DFW | 11/6/2023 | 16D |
| 232 | DFW | 11/6/2023 | 16E |
| 232 | DFW | 11/6/2023 | 16E |
| 232 | DFW | 11/6/2023 | 16E |
| 232 | DFW | 11/6/2023 | 16F |
| 232 | DFW | 11/6/2023 | 17A |
| 232 | DFW | 11/6/2023 | 17B |
| 232 | DFW | 11/6/2023 | 17C |
| 232 | DFW | 11/6/2023 | 17D |
| 232 | DFW | 11/6/2023 | 17E |
| 232 | DFW | 11/6/2023 | 17F |
| 232 | DFW | 11/6/2023 | 17F |
| 232 | DFW | 11/6/2023 | 18A |
| 232 | DFW | 11/6/2023 | 18B |
| 232 | DFW | 11/6/2023 | 18B |
| 232 | DFW | 11/6/2023 | 18C |
| 232 | DFW | 11/6/2023 | 18C |
| 232 | DFW | 11/6/2023 | 18C |
| 232 | DFW | 11/6/2023 | 18D |
| 232 | DFW | 11/6/2023 | 18E |
| 232 | DFW | 11/6/2023 | 18F |
| 232 | DFW | 11/6/2023 | 18F |
| 232 | DFW | 11/6/2023 | 18F |
| 232 | DFW | 11/6/2023 | 19A |
| 232 | DFW | 11/6/2023 | 19A |
| 232 | DFW | 11/6/2023 | 19B |
| 232 | DFW | 11/6/2023 | 19B |
| 232 | DFW | 11/6/2023 | 19C |
| 232 | DFW | 11/6/2023 | 19C |
| 232 | DFW | 11/6/2023 | 19D |
| 232 | DFW | 11/6/2023 | 19E |
| 232 | DFW | 11/6/2023 | 19F |

| | | | |
|---|---|---|---|
| 232 | DFW | 11/6/2023 | 20A |
| 232 | DFW | 11/6/2023 | 20B |
| 232 | DFW | 11/6/2023 | 20C |
| 232 | DFW | 11/6/2023 | 20C |
| 232 | DFW | 11/6/2023 | 20D |
| 232 | DFW | 11/6/2023 | 20E |
| 232 | DFW | 11/6/2023 | 20F |
| 232 | DFW | 11/6/2023 | 21A |
| 232 | DFW | 11/6/2023 | 21B |
| 232 | DFW | 11/6/2023 | 21C |
| 232 | DFW | 11/6/2023 | 21D |
| 232 | DFW | 11/6/2023 | 21E |
| 232 | DFW | 11/6/2023 | 21F |
| 232 | DFW | 11/6/2023 | 22A |
| 232 | DFW | 11/6/2023 | 22B |
| 232 | DFW | 11/6/2023 | 22C |
| 232 | DFW | 11/6/2023 | 22D |
| 232 | DFW | 11/6/2023 | 22E |
| 232 | DFW | 11/6/2023 | 22F |
| 232 | DFW | 11/6/2023 | 23A |
| 232 | DFW | 11/6/2023 | 23A |
| 232 | DFW | 11/6/2023 | 23B |
| 232 | DFW | 11/6/2023 | 23C |
| 232 | DFW | 11/6/2023 | 23D |
| 232 | DFW | 11/6/2023 | 23E |
| 232 | DFW | 11/6/2023 | 23F |
| 232 | DFW | 11/6/2023 | 24A |
| 232 | DFW | 11/6/2023 | 24A |
| 232 | DFW | 11/6/2023 | 24B |
| 232 | DFW | 11/6/2023 | 24C |
| 232 | DFW | 11/6/2023 | 24C |
| 232 | DFW | 11/6/2023 | 24D |
| 232 | DFW | 11/6/2023 | 24E |
| 232 | DFW | 11/6/2023 | 24F |
| 232 | DFW | 11/6/2023 | 25A |
| 232 | DFW | 11/6/2023 | 25B |
| 232 | DFW | 11/6/2023 | 25C |
| 232 | DFW | 11/6/2023 | 25D |
| 232 | DFW | 11/6/2023 | 25E |
| 232 | DFW | 11/6/2023 | 25F |
| 232 | DFW | 11/6/2023 | 26D |
| 232 | DFW | 11/6/2023 | 26E |
| 232 | DFW | 11/6/2023 | 26F |
| 232 | DFW | 11/6/2023 | 27B |
| 232 | DFW | 11/6/2023 | 27C |
| 232 | DFW | 11/6/2023 | 27D |
| 232 | DFW | 11/6/2023 | 27E |
| 232 | DFW | 11/6/2023 | 27F |
| 232 | DFW | 11/6/2023 | 27F |
| 232 | DFW | 11/6/2023 | 28A |
| 232 | DFW | 11/6/2023 | 28B |
| 232 | DFW | 11/6/2023 | 28C |
| 232 | DFW | 11/6/2023 | 28D |
| 232 | DFW | 11/6/2023 | 28E |
| 232 | DFW | 11/6/2023 | 28F |
| 232 | DFW | 11/6/2023 | 28F |

| | | | |
|---|---|---|---|
| 232 | DFW | 11/6/2023 | 29A |
| 232 | DFW | 11/6/2023 | 29B |
| 232 | DFW | 11/6/2023 | 29C |
| 232 | DFW | 11/6/2023 | 29D |
| 232 | DFW | 11/6/2023 | 29D |
| 232 | DFW | 11/6/2023 | 29D |
| 232 | DFW | 11/6/2023 | 29D |
| 232 | DFW | 11/6/2023 | 29E |
| 232 | DFW | 11/6/2023 | 29F |
| 232 | DFW | 11/6/2023 | 30A |
| 232 | DFW | 11/6/2023 | 30B |
| 232 | DFW | 11/6/2023 | 30B |
| 232 | DFW | 11/6/2023 | 30C |
| 232 | DFW | 11/6/2023 | 30D |
| 232 | DFW | 11/6/2023 | 30E |
| 232 | DFW | 11/6/2023 | 30E |
| 232 | DFW | 11/6/2023 | 30F |
| 232 | DFW | 11/6/2023 | 31A |
| 232 | DFW | 11/6/2023 | 31B |
| 232 | DFW | 11/6/2023 | 31C |
| 232 | DFW | 11/6/2023 | 31D |
| 232 | DFW | 11/6/2023 | 31D |
| 232 | DFW | 11/6/2023 | 31D |
| 232 | DFW | 11/6/2023 | 31E |
| 232 | DFW | 11/6/2023 | 31F |
| 232 | DFW | 11/6/2023 | 31F |
| 232 | DFW | 11/6/2023 | 32A |
| 232 | DFW | 11/6/2023 | 32A |
| 232 | DFW | 11/6/2023 | 32A |
| 232 | DFW | 11/6/2023 | 32B |
| 232 | DFW | 11/6/2023 | 32C |
| 232 | DFW | 11/6/2023 | 32D |
| 232 | DFW | 11/6/2023 | 32E |
| 232 | DFW | 11/6/2023 | 32F |
| 232 | DFW | 11/6/2023 | 33A |
| 232 | DFW | 11/6/2023 | 33B |
| 232 | DFW | 11/6/2023 | 33C |
| 232 | DFW | 11/6/2023 | 33D |
| 232 | DFW | 11/6/2023 | 33E |
| 232 | DFW | 11/6/2023 | 33E |
| 232 | DFW | 11/6/2023 | 33F |
| 232 | DFW | 11/6/2023 | 34A |
| 232 | DFW | 11/6/2023 | 34B |
| 232 | DFW | 11/6/2023 | 34C |
| 232 | DFW | 11/6/2023 | 34D |
| 232 | DFW | 11/6/2023 | 34D |
| 232 | DFW | 11/6/2023 | 34E |
| 232 | DFW | 11/6/2023 | 34F |
| 232 | DFW | 11/6/2023 | 34F |
| 232 | DFW | 11/6/2023 | 35A |
| 232 | DFW | 11/6/2023 | 35B |
| 232 | DFW | 11/6/2023 | 35B |
| 232 | DFW | 11/6/2023 | 35C |
| 232 | DFW | 11/6/2023 | 35D |
| 232 | DFW | 11/6/2023 | 35D |
| 232 | DFW | 11/6/2023 | 35E |

| 232 | DFW | 11/6/2023 |  |  |  | 35F |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 35F |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36A |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36B |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36C |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36D |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36E |  |  |
| 232 | DFW | 11/6/2023 |  |  |  | 36F |  |  |
| 232 | DFW | 11/6/2023 | AABRWY | 10/10/2023 | 8:49:00 | 37A | FRANCO | RYAN JOHN |
| 232 | DFW | 11/6/2023 | ODSLEF | 10/10/2023 | 8:48:00 | 37B | SALASSUAREZ | KEVIN |
| 232 | DFW | 11/6/2023 | DSSCWK | 10/10/2023 | 8:50:00 | 37C | DOMINGUEZ | LEOBARDO |
| 232 | DFW | 11/6/2023 | ORETVT | 10/26/2023 | 15:44:00 | 37D | HERNANDEZ | ALBERTO |
| 232 | DFW | 11/6/2023 | DLNUAO | 11/5/2023 | 16:17:00 | 37D | CALKA | ADAM |
| 232 | DFW | 11/6/2023 | KFOTEN | 10/25/2023 | 14:51:00 | 37E | OLVERA | BILLY |
| 232 | DFW | 11/6/2023 | JQEXTJ | 10/25/2023 | 14:31:00 | 37F | ZURITAPANOZO | JORGE IGNACIO |

## Flight Crew Report

<< Back to Previous page    << New Flight History Search

| Flight Number : | 232 | Actual Departure Airport : | DFW |
| Scheduled Flight Departure Date / City : | Nov 6, 2023 / DFW | Actual Departure Time : | 14:24 |

**Aircraft Equipment Type : 00   N415**
**Flight Required Language :**

|  |  | SCHEDULED | ACTUAL | GATE |
| DEPARTURE : DFW | OUT | 14:26  ( Nov 6, 2023 ) | 14:24  ( Nov 6, 2023 ) | A11 |
| ARRIVAL   : MIA | IN | 18:16  ( Nov 6, 2023 ) | 18:06  ( Nov 6, 2023 ) | D47 |

### Operating Crew

| Contract Month Crew Base Code | Crew Member Position Character Code | Contract Month Seniority Number | EMP_qc_Full Name | Employee Number | FCSec |
|---|---|---|---|---|---|
| PHL | CA |  | BECK CJ |  |  |
| PHL | FO |  | CESCO RA |  |  |
| DFW | 1 |  | JOHNSON  K |  |  |
| DFW | 2 |  | GLENN  A |  |  |
| DFW | 3 |  | LUNG  D |  |  |
| DFW | 4 |  | ANDERSON  L |  |  |

### Deadheading Crew

| Contract Month Crew Base Code | Crew Member Position Character Code | Contract Month Seniority Number | EMP_qc_Full Name | Employee Number | FCSeq_qc_Cr Member Posit Character Co |
|---|---|---|---|---|---|
| MIA | CA |  | MCKELVEY SA |  |  |
| MIA | FO |  | FARMER JW |  |  |
| DFW | 1 |  | SAFIR AG |  |  |
| MIA | 1 |  | REDONDO RAFFO JI |  |  |
| DFW | 2 |  | SPRUANCE M |  |  |
| MIA | 2 |  | VEST D |  |  |
| MIA | 3 |  | MEDINA EA |  |  |
| DFW | 4 |  | PARKER LA |  |  |
| MIA | 4 |  | JOHNSON M |  |  |