



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  24-CR-20034-CMA

EXHIBIT NO.  13a

# FORENSIC EXAMINATION REPORT

## CASE NUMBER SW 11-13-2023 SA Flores

| | |
|---|---|
| Examiner | A. Nader, SA/CFA HSI Miami |
| Case generated | Monday, November 13, 2023 |
| Report generated | Thursday, May 16, 2024 |

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

| | |
|---|---|
| Scanned by | A. Nader, SA/CFA HSI Miami |
| Scan date | Monday, November 13, 2023 3:31:15 PM |

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 3 |
| Combined results | 153,581 |

### D:\ (1) (0)

| | |
|---|---|
| Evidence number | D:\ (1) |
| Location | 00008110-001C519C1A62401E_passwords.txt |
| Platform | Mobile |

### D:\ (490)

| | |
|---|---|
| Evidence number | D:\ |
| Location | 00008110-001C519C1A62401E_keychain.plist |
| Platform | Mobile |

### 00008110-001C519C1A62401E_FILES_PARTIAL-AFU.ZIP (153,091)

| | |
|---|---|
| Evidence number | 00008110-001C519C1A62401E_files_partial-afu.zip |
| Location | 00008110-001C519C1A62401E_files_partial-afu.zip |
| Platform | Mobile |

Pictures

Record 1

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8968.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:06 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:06 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:06 PM |
| Size (Bytes) | 1141301 |
| Skin Tone Percentage | 0.0 |
| Original Width | 3520 |
| Original Height | 1980 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2023-11-06 14:48:06 |
| Modified Date/Time - Local Time | 2023-11-06 14:48:06 |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| Lens Model | iPhone 13 back dual wide camera 5.1mm f/1.6 |
| Exif Data | Extraction Result: Complete
ImageWidth: 3520
ImageHeight: 1980
DateTimeOriginal: 11/06/2023 14:48:06
CreateDate: 11/06/2023 14:48:06
ModifyDate: 11/06/2023 14:48:06
Software: 16.3.1
Make: Apple
Model: iPhone 13
LensModel: iPhone 13 back dual wide camera 5.1mm f/1.6 |
| MD5 Hash | 1d7d897bcb4d3f8a9151a15e780843a9 |
| SHA1 Hash | d388cd51bc3a35a1af718a99ac0c3a6e9ac4ed52 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8968.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63119 |

Record 2

| | |
|---|---|
| Tags | Evidence |

Pictures



| Image | |
|---|---|
| File Name | IMG_8975.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:10 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:10 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:10 PM |
| Size (Bytes) | 679695 |
| Skin Tone Percentage | 0.0 |
| Original Width | 3520 |
| Original Height | 1980 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2023-11-06 15:26:10 |
| Modified Date/Time - Local Time | 2023-11-06 15:26:10 |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| Lens Model | iPhone 13 back dual wide camera 5.1mm f/1.6 |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 3520 |
| | ImageHeight: 1980 |
| | DateTimeOriginal: 11/06/2023 15:26:10 |
| | CreateDate: 11/06/2023 15:26:10 |
| | ModifyDate: 11/06/2023 15:26:10 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | LensModel: iPhone 13 back dual wide camera 5.1mm f/1.6 |
| MD5 Hash | e6e9a4ed6909a970b5a3652446794d68 |
| SHA1 Hash | 2ffd6bb18d149716982cb268992844c5249f2dcf |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8975.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63125 |

Record 3

| Tags | Evidence |
|---|---|

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8974.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Size (Bytes) | 805121 |
| Skin Tone Percentage | 0.0 |
| Original Width | 3520 |
| Original Height | 1980 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2023-11-06 15:26:03 |
| Modified Date/Time - Local Time | 2023-11-06 15:26:03 |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| Lens Model | iPhone 13 back dual wide camera 5.1mm f/1.6 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 3520<br>ImageHeight: 1980<br>DateTimeOriginal: 11/06/2023 15:26:03<br>CreateDate: 11/06/2023 15:26:03<br>ModifyDate: 11/06/2023 15:26:03<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>LensModel: iPhone 13 back dual wide camera 5.1mm f/1.6 |
| MD5 Hash | f3656002f8967f5cdc3111ca2663681c |
| SHA1 Hash | ff69dfab98748773942dcdad3e17aea26f406cd0 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8974.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63128 |

Record 4

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8979.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:38 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:38 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 3:23:29 PM |
| Size (Bytes) | 42203 |
| Skin Tone Percentage | 0.3 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 580<br>ImageHeight: 326 |
| MD5 Hash | a300c34b1b87d977203932d47e0eea49 |
| SHA1 Hash | 8408df63bb1445080fc0f0dff1eb96607ab2dd98 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8979.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80082 |

Record 5

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8986.JPG |
| File Extension | JPG |

Pictures

| | |
|---|---|
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:06:01 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:06:01 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:06:01 PM |
| Size (Bytes) | 396152 |
| Skin Tone Percentage | 8.6 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 |
| MD5 Hash | 29a1d4675cc13242ad250a38f9044710 |
| SHA1 Hash | bfb645da14f0afc9294a771e691a66b9355a7f7c |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8986.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80083 |

Record 6

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8978.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:42 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:42 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 3:23:29 PM |
| Size (Bytes) | 36521 |
| Skin Tone Percentage | 0.9 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 326 ImageHeight: 580 |
| MD5 Hash | 82254d31944d4088c74b31be579a59db |
| SHA1 Hash | 929467d11f0897f113509feceed4f3ed902c8742 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8978.JPG |

Pictures

| | |
|---|---|
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80085 |

## Record 7

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8984.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:15 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:15 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 4:47:16 PM |
| Size (Bytes) | 51631 |
| Skin Tone Percentage | 0.1 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 580 ImageHeight: 326 |
| MD5 Hash | 90273d5defd7b4b9e31b7036c6556e8d |
| SHA1 Hash | e47032031b5e207a5e72dc4e473112f6ac304312 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8984.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80086 |

## Record 8

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8980.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:45 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:45 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 3:23:28 PM |
| Size (Bytes) | 38232 |
| Skin Tone Percentage | 6.9 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 580 ImageHeight: 326 |
| MD5 Hash | b091476d0719fa033c2478c7e119f153 |
| SHA1 Hash | 05a8870855f0522beedd116abce04ab179f06266 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8980.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80087 |

Record 9

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8985.JPG |
| File Extension | JPG |

Pictures

| | |
|---|---|
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:56 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:56 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:56 PM |
| Size (Bytes) | 294010 |
| Skin Tone Percentage | 5.4 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 |
| MD5 Hash | 6bbaeb0d0ea9c3490dcfcb4f49879eca |
| SHA1 Hash | 6b777ed5a9b04aa41f4f17722bc8bb61967bbf5c |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8985.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80088 |

Record 10

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8981.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:31 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:31 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 4:47:16 PM |
| Size (Bytes) | 44778 |
| Skin Tone Percentage | 0.0 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 326 ImageHeight: 580 |
| MD5 Hash | 22e26b3c2087815e38370ed14ef979aa |
| SHA1 Hash | 76e6adc1c4c116f865dd605b598e982e591b8608 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8981.JPG |

Pictures

| | |
|---|---|
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80089 |

## Record 11

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8983.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:34 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:34 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:34 PM |
| Size (Bytes) | 323398 |
| Skin Tone Percentage | 3.9 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 |
| MD5 Hash | cb84ca4c62297325d2b506681aacf64b |
| SHA1 Hash | 22e70fd52955edc448d4873b8cb20f78d8ae8936 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8983.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80090 |

## Record 12

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8982.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:32:00 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:32:00 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 4:47:16 PM |
| Size (Bytes) | 46804 |
| Skin Tone Percentage | 0.0 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 326 ImageHeight: 580 |
| MD5 Hash | 482d8d1145c127409165338287d16119 |
| SHA1 Hash | be3387495b34f139f4387c4b6a3397c06c719cdb |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8982.JPG |

Pictures

| Location | • n/a |
| --- | --- |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80091 |

## Record 13

| Tags | Evidence |
| --- | --- |
| Image |  |
| File Name | IMG_8969.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:08 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:08 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:08 PM |
| Size (Bytes) | 334030 |
| Skin Tone Percentage | 0.0 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 |
| MD5 Hash | 1eda1bfa75f184b5c06a20d95cb1f228 |
| SHA1 Hash | b716193b4632965bb92792b73ab2a1c4a16b640a |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8969.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80092 |

## Record 14

| Tags | Evidence |
| --- | --- |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8970.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:57 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:57 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/8/2023 11:01:58 PM |
| Size (Bytes) | 43496 |
| Skin Tone Percentage | 0.2 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 326<br>ImageHeight: 580 |
| MD5 Hash | 96fd6116d7935eee86c42548b4660c7a |
| SHA1 Hash | 6f1dae1e09a5a572026f4957ba50b2b60a20b8a2 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8970.JPG |

Pictures

| | |
|---|---|
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80093 |

Record 15

| | |
|---|---|
| Tags | Evidence |
| Image | |



| | |
|---|---|
| File Name | IMG_8964.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:46 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:46 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:46 PM |
| Size (Bytes) | 309241 |
| Skin Tone Percentage | 71.8 |
| Original Width | 1080 |

Pictures

| | |
|---|---|
| Original Height | 1920 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1080<br>ImageHeight: 1920 |
| MD5 Hash | 7698e496684bf5f9f4d8914607c5f33c |
| SHA1 Hash | 540124bbd247bf23931cad4dab96d0c6881bd60d |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-<br>afu.zip\private\var\mobile\Media\PhotoData\Metadat<br>a\DCIM\168APPLE\IMG_8964.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80094 |

Record 16

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8971.JPG |
| File Extension | JPG |
| Created Date/Time -<br>UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:50 PM |

Pictures

| | |
|---|---|
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:50 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/8/2023 11:01:58 PM |
| Size (Bytes) | 50697 |
| Skin Tone Percentage | 5.0 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 326<br>ImageHeight: 580 |
| MD5 Hash | 0184c9e8e07dd5a9ea2dbe2c3096ec96 |
| SHA1 Hash | 290688e1d4a1c54eff05428b7c704e793ad7e687 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8971.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80095 |

Record 17

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8967.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:18 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:18 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/8/2023 11:01:58 PM |
| Size (Bytes) | 52166 |
| Skin Tone Percentage | 6.9 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 326 ImageHeight: 580 |
| MD5 Hash | b25179fc0059046707d7be63bbbc3ba8 |
| SHA1 Hash | d068c7ba6997db18fe5a9f67e4a7c8b79ad4b129 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8967.JPG |

Pictures

| | |
|---|---|
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80096 |

Record 18

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8965.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:45 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:45 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/8/2023 11:01:58 PM |
| Size (Bytes) | 62945 |
| Skin Tone Percentage | 32.2 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 580<br>ImageHeight: 326 |
| MD5 Hash | 31d4a6162cf63d37aa43dfc0ae2d34c5 |
| SHA1 Hash | 6ce3ce5558d7cd6a6dfb3405269e7c9aab5714df |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8965.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80097 |

Record 19

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8973.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:56 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:56 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:56 PM |
| Size (Bytes) | 387643 |
| Skin Tone Percentage | 0.0 |
| Original Width | 1080 |
| Original Height | 1920 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1080 ImageHeight: 1920 |
| MD5 Hash | d839ec0479d36cbec477d7b11452d8f8 |
| SHA1 Hash | f753c4eca11c938c3c4e9ff552b1999788f25e3d |
| _rawData | [Binary data] |

Pictures

| | |
|---|---|
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8973.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80099 |

Record 20

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8966.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:32 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:32 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/8/2023 11:01:58 PM |
| Size (Bytes) | 64779 |
| Skin Tone Percentage | 24.2 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 580 ImageHeight: 326 |
| MD5 Hash | b4cb9bfefaf93c7b5e797376c504fc63 |
| SHA1 Hash | 0f51b894a93673edde9a1aef572caf50d1ca5119 |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8966.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80103 |

Record 21

| | |
|---|---|
| Tags | Evidence |

Pictures

| | |
|---|---|
| Image |  |
| File Name | IMG_8972.JPG |
| File Extension | JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:01:02 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:01:02 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 3:23:28 PM |
| Size (Bytes) | 39939 |
| Skin Tone Percentage | 0.4 |
| Original Width | 580 |
| Original Height | 326 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 580 ImageHeight: 326 |
| MD5 Hash | e6455beadd8566855a26e61b20d873c4 |
| SHA1 Hash | e7e3166656efaff8c6395582b1ed90547327018f |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8972.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80104 |

Record 22

| | |
|---|---|
| Tags | Evidence |
| Image |  |
| File Name | IMG_8976.JPG |
| File Extension | JPG |

Pictures

| | |
|---|---|
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:13 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:13 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:13 PM |
| Size (Bytes) | 213635 |
| Skin Tone Percentage | 0.0 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 |
| MD5 Hash | 1beee7fca820f43ee4822d30cdc3e7a1 |
| SHA1 Hash | 33a72a0b33498e5c66782a454e7b9505c7e0efda |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8976.JPG |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 80108 |

Record 23

| | |
|---|---|
| Tags | Evidence |

Pictures

| Image | |
|---|---|
| |  |
| File Name | IMG_8977.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:38 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:38 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/13/2023 3:23:28 PM |
| Size (Bytes) | 42703 |
| Skin Tone Percentage | 2.9 |
| Original Width | 326 |
| Original Height | 580 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete ImageWidth: 326 ImageHeight: 580 |
| MD5 Hash | 725eeed27c7beb20eb3e73e2f93160c3 |
| SHA1 Hash | 40d362b2488a819055e6810db052816d40ac9e4e |
| _rawData | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\168APPLE\IMG_8977.JPG |

Pictures

| | | |
|---|---|---|
| Location | • | n/a |
| Evidence number | • | 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • | Parsing |
| Item ID | 80114 | |