

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 24-CR-20034-CMA

EXHIBIT NO. 14a



# FORENSIC EXAMINATION REPORT

## CASE NUMBER SW 11-13-2023 SA Flores

| | |
|---:|---|
| Examiner | A. Nader, SA/CFA HSI Miami |
| Case generated | Monday, November 13, 2023 |
| Report generated | Thursday, May 16, 2024 |

Case overview

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

| | |
|---|---|
| Scanned by | A. Nader, SA/CFA HSI Miami |
| Scan date | Monday, November 13, 2023 3:31:15 PM |

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 3 |
| Combined results | 153,581 |

## D:\ (1) (0)

| | |
|---|---|
| Evidence number | D:\ (1) |
| Location | 00008110-001C519C1A62401E_passwords.txt |
| Platform | Mobile |

## D:\ (490)

| | |
|---|---|
| Evidence number | D:\ |
| Location | 00008110-001C519C1A62401E_keychain.plist |
| Platform | Mobile |

## 00008110-001C519C1A62401E_FILES_PARTIAL-AFU.ZIP (153,091)

| | |
|---|---|
| Evidence number | 00008110-001C519C1A62401E_files_partial-afu.zip |
| Location | 00008110-001C519C1A62401E_files_partial-afu.zip |
| Platform | Mobile |

Videos

## Record 1

| Tags | Evidence |
|---|---|
| Image |  |
| File Name | IMG_8964.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:37 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:37 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:37 PM |
| File Size (Bytes) | 13650685 |
| Skin Tone Percentage | 33.7 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 7.72 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:37 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:26:45 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 039c018ee081dd9a15d5e5847192bd7c |
| SHA1 Hash | 7f5bf859c976b3079677ae74524d33f04d409dbf |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 7.72<br>CreateDate: 11/06/2023 20:26:37<br>ModifyDate: 11/06/2023 20:26:45<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 20:26:37 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8964.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63074 |

## Record 2

| Tags | Evidence |
|---|---|

Videos

| Image |  |
|---|---|
| File Name | IMG_8970.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:33 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:33 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:33 PM |
| File Size (Bytes) | 35684312 |
| Skin Tone Percentage | 0.4 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 22.23 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:33 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:49:56 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 6f79755cdcce67ed6038a0c64e1c50e9 |
| SHA1 Hash | ff7158688f0eae5c61eb4c46f8842d85ff3620ea |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 Duration: 22.23 CreateDate: 11/06/2023 20:49:33 ModifyDate: 11/06/2023 20:49:56 Software: 16.3.1 Make: Apple Model: iPhone 13 CreationDate: 11/06/2023 20:49:33 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8970.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63077 |

Record 3

| Tags | Evidence |
|---|---|

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8965.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:34 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:34 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:34 PM |
| File Size (Bytes) | 14104652 |
| Skin Tone Percentage | 6.4 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 10.17 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:34 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:36:45 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | e667b0f1457cf153e82ea02efc053aca |
| SHA1 Hash | 3eb31db9b3328cdfc664019cef498719c95d1efe |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 10.17<br>CreateDate: 11/06/2023 20:36:34<br>ModifyDate: 11/06/2023 20:36:45<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 20:36:34 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8965.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63079 |

Record 4

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8971.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:42 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:42 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:42 PM |
| File Size (Bytes) | 12632960 |
| Skin Tone Percentage | 3.2 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 6.56 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:42 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:57:50 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 6b5702d2d509173bbaa6aee3546a3527 |
| SHA1 Hash | 621e176bc5219462c64f06f2241672a0e209d584 |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 1920 |
| | ImageHeight: 1080 |
| | Duration: 6.56 |
| | CreateDate: 11/06/2023 20:57:42 |
| | ModifyDate: 11/06/2023 20:57:50 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | CreationDate: 11/06/2023 20:57:42 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8971.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63082 |

Record 5

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8967.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:03 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:03 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:03 PM |
| File Size (Bytes) | 15502461 |
| Skin Tone Percentage | 2.3 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 13.96 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:03 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:38:18 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | de96b2178a5da8a2fba20f2be822d65f |
| SHA1 Hash | ac991a28d17ab5602f326bd0e742a0000b1eae1c |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 13.96<br>CreateDate: 11/06/2023 20:38:03<br>ModifyDate: 11/06/2023 20:38:18<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 20:38:03 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8967.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63083 |

Record 6

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8973.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:45 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:45 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:45 PM |
| File Size (Bytes) | 14933375 |
| Skin Tone Percentage | 12.2 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 9.38 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:45 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:16:55 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 93d2e1d709c201b870dd2be23e57cff3 |
| SHA1 Hash | 501580b7d03e10d235ff7d9332fd2a020a88734f |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 9.38<br>CreateDate: 11/06/2023 21:16:45<br>ModifyDate: 11/06/2023 21:16:55<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:16:45 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8973.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63087 |

Record 7

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8966.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:12 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:12 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:12 PM |
| File Size (Bytes) | 20734668 |
| Skin Tone Percentage | 5.1 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 18.78 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:12 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:37:31 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 9d31c7fb118322efda690dce21de52ec |
| SHA1 Hash | cb1bbbaec5e48fd9df7bfbe00314ee7817abd48c |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 Duration: 18.78 CreateDate: 11/06/2023 20:37:12 ModifyDate: 11/06/2023 20:37:31 Software: 16.3.1 Make: Apple Model: iPhone 13 CreationDate: 11/06/2023 20:37:12 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8966.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63088 |

Record 8

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8972.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:00:41 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:00:41 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:00:41 PM |
| File Size (Bytes) | 27013565 |
| Skin Tone Percentage | 0.5 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 19.73 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:00:41 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:01:01 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | a7b835df0f7c22b4e24c493c902d1e48 |
| SHA1 Hash | 1bc73a6c248844e4226fa7ba42d37eb5f8a44967 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 19.73<br>CreateDate: 11/06/2023 21:00:41<br>ModifyDate: 11/06/2023 21:01:01<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:00:41 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8972.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63092 |

Record 9

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8976.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| File Size (Bytes) | 8809079 |
| Skin Tone Percentage | 0.0 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 9.36 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:03 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:13 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 7b4cf4fbaebe7c6d6cd2c681b0332186 |
| SHA1 Hash | 090d7009d9af721576c60e73227d88bb3e39babf |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 1920 |
| | ImageHeight: 1080 |
| | Duration: 9.36 |
| | CreateDate: 11/06/2023 21:26:03 |
| | ModifyDate: 11/06/2023 21:26:13 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | CreationDate: 11/06/2023 21:26:03 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8976.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63095 |

Record 10

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8977.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:21 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:21 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:21 PM |
| File Size (Bytes) | 27931413 |
| Skin Tone Percentage | 4.6 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 15.55 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:21 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:26:38 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | cf99bc4221dbb49ade556a73c35b7ae7 |
| SHA1 Hash | 459bdfd1975452db34ff433efb2b8bf20a5b5d5d |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 15.55<br>CreateDate: 11/06/2023 21:26:21<br>ModifyDate: 11/06/2023 21:26:38<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:26:21 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8977.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63101 |

Record 11

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8986.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:05:55 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:05:55 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:05:55 PM |
| File Size (Bytes) | 8178942 |
| Skin Tone Percentage | 2.7 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 4.56 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:05:55 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 10:06:00 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | f7db2d1d49709d17a5ef5adf616a9a95 |
| SHA1 Hash | 6640fe8869dc1c86dff98c2e6f1e8509128e2d06 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 4.56<br>CreateDate: 11/06/2023 22:05:55<br>ModifyDate: 11/06/2023 22:06:00<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 22:05:55 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8986.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63132 |

Record 12

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8979.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:05 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:05 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:05 PM |
| File Size (Bytes) | 49482824 |
| Skin Tone Percentage | 3.3 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 32.2 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:05 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:28:38 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 2ab24c0df0b353a8bfbc4922c4738df2 |
| SHA1 Hash | de88547e884132cf7459a226810faefc06104315 |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 1920 |
| | ImageHeight: 1080 |
| | Duration: 32.2 |
| | CreateDate: 11/06/2023 21:28:05 |
| | ModifyDate: 11/06/2023 21:28:38 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | CreationDate: 11/06/2023 21:28:05 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8979.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63134 |

Record 13

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8978.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:08 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:08 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:08 PM |
| File Size (Bytes) | 37405100 |
| Skin Tone Percentage | 1.9 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 33.13 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:08 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:27:42 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 4e3284d88065a3268ba722882c14d595 |
| SHA1 Hash | 7719a1500384434c925d6a13e3c545fcfb29451b |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 33.13<br>CreateDate: 11/06/2023 21:27:08<br>ModifyDate: 11/06/2023 21:27:42<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:27:08 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8978.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63138 |

Record 14

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8985.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:49 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:49 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:49 PM |
| File Size (Bytes) | 7251856 |
| Skin Tone Percentage | 2.3 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 5.2 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:49 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:45:55 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | ca966dbb80175092b205fc69b2c5944b |
| SHA1 Hash | db7ca23813dceb7349faf90d9db5bdebb05c05b4 |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 1920 |
| | ImageHeight: 1080 |
| | Duration: 5.2 |
| | CreateDate: 11/06/2023 21:45:49 |
| | ModifyDate: 11/06/2023 21:45:55 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | CreationDate: 11/06/2023 21:45:49 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8985.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63142 |

Record 15

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8984.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:05 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:05 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:05 PM |
| File Size (Bytes) | 16095702 |
| Skin Tone Percentage | 0.1 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 9.26 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:05 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:39:15 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 96f12fb057329148fa18330c7c05a4ef |
| SHA1 Hash | 1656ffc6a223b0d63c95b4485fbb8e32b2d2b121 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 9.26<br>CreateDate: 11/06/2023 21:39:05<br>ModifyDate: 11/06/2023 21:39:15<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:39:05 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8984.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63146 |

Record 16

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8980.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:20 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:20 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:20 PM |
| File Size (Bytes) | 39904778 |
| Skin Tone Percentage | 2.4 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 23.35 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:21 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:29:45 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 7be3b726a939e9c4809fa70b3e41b12f |
| SHA1 Hash | 65083ba815099b6d5bf2a80f59d0b85fd719c767 |
| Exif Data | Extraction Result: Complete |
| | ImageWidth: 1920 |
| | ImageHeight: 1080 |
| | Duration: 23.35 |
| | CreateDate: 11/06/2023 21:29:21 |
| | ModifyDate: 11/06/2023 21:29:45 |
| | Software: 16.3.1 |
| | Make: Apple |
| | Model: iPhone 13 |
| | CreationDate: 11/06/2023 21:29:20 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8980.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63151 |

Record 17

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| File Name | IMG_8981.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:30:49 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:30:49 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:30:49 PM |
| File Size (Bytes) | 88019071 |
| Skin Tone Percentage | 0.0 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 41.07 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:30:49 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:31 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 5a869194d63fe662437288044d575b79 |
| SHA1 Hash | 7a080afbbb2f25aa4b2ccb5c7359f82f685a1684 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 41.07<br>CreateDate: 11/06/2023 21:30:49<br>ModifyDate: 11/06/2023 21:31:31<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:30:49 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8981.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63157 |

Record 18

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8983.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:28 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:28 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:28 PM |
| File Size (Bytes) | 7131127 |
| Skin Tone Percentage | 0.4 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 5.23 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:28 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:36:34 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | 53233f57e968da4738c32d72b4b6d035 |
| SHA1 Hash | 8048bec66e283b55af6d1ef8dbec723c2e62c12d |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 5.23<br>CreateDate: 11/06/2023 21:36:28<br>ModifyDate: 11/06/2023 21:36:34<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 21:36:28 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8983.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63158 |

Record 19

| | |
|---|---|
| Tags | Evidence |

Videos

| | |
|---|---|
| Image |  |
| File Name | IMG_8969.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:03 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:03 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:03 PM |
| File Size (Bytes) | 8392817 |
| Skin Tone Percentage | 0.0 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 4.11 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:03 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 8:48:08 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | e77a51abbaef5d9c6d667a9754353a57 |
| SHA1 Hash | 52403fc66357d92fef07c060494e902bf78da464 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 1920<br>ImageHeight: 1080<br>Duration: 4.11<br>CreateDate: 11/06/2023 20:48:03<br>ModifyDate: 11/06/2023 20:48:08<br>Software: 16.3.1<br>Make: Apple<br>Model: iPhone 13<br>CreationDate: 11/06/2023 20:48:03 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8969.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63161 |

Record 20

| | |
|---|---|
| Tags | Evidence |

Videos



| | |
|---|---|
| Image | |
| File Name | IMG_8982.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:37 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:37 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:37 PM |
| File Size (Bytes) | 47016667 |
| Skin Tone Percentage | 0.2 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 21.84 |
| Original Width | 1920 |
| Original Height | 1080 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:31:37 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 11/6/2023 9:32:00 PM |
| Software | 16.3.1 |
| Make | Apple |
| Model | iPhone 13 |
| MD5 Hash | eeaf0943ca06754494f0930e8368d4bc |
| SHA1 Hash | 1b7e626e499ff780c206d31f18a226f917d216e5 |
| Exif Data | Extraction Result: Complete ImageWidth: 1920 ImageHeight: 1080 Duration: 21.84 CreateDate: 11/06/2023 21:31:37 ModifyDate: 11/06/2023 21:32:00 Software: 16.3.1 Make: Apple Model: iPhone 13 CreationDate: 11/06/2023 21:31:37 |
| _Video | [Binary data] |
| Source | • 00008110-001C519C1A62401E_files_partial-afu.zip\private\var\mobile\Media\DCIM\168APPLE\IMG_8982.MOV |
| Location | • n/a |
| Evidence number | • 00008110-001C519C1A62401E_files_partial-afu.zip |
| Recovery method | • Parsing |
| Item ID | 63162 |