


# GrayKey Progress Report

## Evidence ID: OGA SW 11-13-2023

## Examiner Name: SSA/CFA Nader

GrayKey Serial Number: 51a9e2d1d4891d1a

GrayKey Software: OS Version: 1.17.5.25971943, App Bundle: 3.27.0.26231633

Report generation time: 2023-11-13 15:21:39 UTC

## Target Device Information

| Device Name | iPhone (30) |
|---|---|
| Software Version | 16.3.1 [20D67] |
| Model | iPhone 13 [iPhone14,5 D17AP] |
| Unique Device ID (UDID) | 00008110-001C519C1A62401E |
| Serial Number | GVFDWM2QPV |
| Unique Chip ID (ECID) | 7971030247292958 |
| ESN | 01bff6763c792d36 |
| WiFi MAC Address | 94:ad:23:9b:7f:cb |
| Bluetooth MAC Address | 94:ad:23:99:47:e7 |
| Phone Number | 19562866165 |
| IMEI | 359673355719023 |
| IMEI(2) | 359673355909202 |
| Data Partition Size | 105.14GB (112894259200 bytes) |
| Lock State | After First Unlock |
| Agent Version | 3.27.0 |
| Backup State | iCloud Backup, Last Backup Date: Never |
| Owner Name | BILLY OLVERA |
| Accounts | billyolvera6820@laredo.edu, apha.niner.niner.echo.jedi23@gmail.com, bovet76@sbcglobal.net, alpha.niner.niner.echo.jedi23@gmail.com, cptbo95@hotmail.com |

## Event Log

2023-11-13 15:16:55 UTC: Initial access started.

2023-11-13 15:21:14 UTC: Initial access succeeded.

2023-11-13 15:21:16 UTC: On-device agent started. Device Time: 2023-11-13 10:21:17 -05:00

 Device Boot Time: 2023-09-20 15:10:10 -05:00   OS Version: 1.17.5.25971943   AL Version: 3.27.0.26231633

2023-11-13 15:21:16 UTC: Connected to on-device agent.

2023-11-13 15:21:39 UTC: Progress report generated.

2023-11-13 15:21:49 UTC: Manual data extraction requested.

2023-11-13 15:21:49 UTC: Keychain extraction started.

2023-11-13 15:21:51 UTC: Keychain extraction complete. Result:  Success

2023-11-13 15:21:51 UTC: Filesystem extraction started.

2023-11-13 15:22:25 UTC: Progress report generated.

2023-11-13 15:23:42 UTC: Progress report generated.

2023-11-13 15:51:15 UTC: Progress report generated.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20034-CMA
EXHIBIT NO. 15



2023-11-13 15:52:27 UTC: Progress report generated.
2023-11-13 17:26:14 UTC: Filesystem extraction complete. Result:  Success
2023-11-13 17:26:14 UTC: Passcode bruteforce started.
2023-11-13 17:26:16 UTC: Progress report generated.
2023-11-13 17:26:46 UTC: Passcode bruteforce complete. Result: Failure
2023-11-13 17:26:51 UTC: On-device agent uninstalled.
2023-11-13 17:30:37 UTC: Progress report generated.

## Extraction Result Summary

| Instant AFU Filesystem | 2023-11-13 17:26:12.635000 UTC |
|---|---|
| Extraction size | 109.16GB (117204883122 bytes) |
| SHA256 | 96fcae68897c5b8e88c5a096a8d538f777d2249a842b08d2e776ab697507e08e |
| MD5 | fc290ea671982479e6b1f045516d6adc |

| Keychain | 74 Keys, 17 Certificates, 118 Internet passwords, 961 General passwords |
|---|---|
| SHA256 | 261894840c994b9944c6f8b2c70ff2ccb2841ff58711762556a64ff2f63eaaad |
| MD5 | 0e692beec3b4f54af121e0247c5dbeb3 |