

Maybe: Carina is The Best
Euless, TX

Mon, Nov 6 at 1:09PM

> GIRL! — 2:02 PM

Yes?!?!? — 2:02 PM

> We have 4 escorts on board right now. Two of which are armed. One of the armed ones I think keeps trying to record under my dress. — 2:03 PM

Stop! — 2:03 PM

Tell someone to watch while you walk by a couple times and tell them to record him — 2:03 PM

I want him to lose his job — 2:03 PM

> He keeps looking back to see if I'm coming through. — 2:09 PM

> Yeah we just recorded him right now doing it to me. We're calling the captain — 2:09 PM

GOVERNMENT EXHIBIT
24-CR-20034-CMA
CASE NO.
EXHIBIT NO. 17a