

11/6/23   DFW→MIA #232

- Passenger ~~Alberto Hernandez~~ Billy Olvera
  37D

Armed Escort for a Deportee
Works in ICE
Was caught filming and taking photos of underneath my dress while working. Did it multiple times however was only caught the once.
Kept looking over his shoulder to see when I would be coming out to get his phone ready.
Had my coworker, Lauren Anderson record me/him while I went do the aisle to grab something from the overhead bin and he was caught in the act.
Told Capt and they called Police.
Federal Jurisdiction so County, FOC,

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20034-CMA
EXHIBIT NO. 18a