

Homeland Security, Airmarshalls and Internal affairs showed up. Pax was removed and striped of his weapon and hauled away.
I was interviewed and will be pressing charges.

When they boarded they did not follow procedure and introduce themselves to the Captain. Our FO was an FFDO so they needed to know about one another. Everything else was pretty standard stuff. Helped him with connecting to wifi and that was it. During Service he asked for cookies and I told him I didn't have any but I'd bring some back from the other cart. Got up to Row 29 or 30 when Lauren needed a coffee from me. I went and refilled. Then I needed one for myself (I didn't

[right page, partially visible:]
have a carr...
have a lid f...
to run for m...
When D w...
noticed his
camera faci...
think anyth...
Brought m...
into him c...
constantly ...
he wanted ...
him ...
I had t...
David and ...
way back th...
me and aske...
that's wher...
actually be ...
He noticed m...
quickly moved
screen...