

have a carrot because I didn't have a lid for the 3rd pot so I had to run for my coffees/teas).

When I went to the back I noticed his phone in his hand camera facing up but didn't think anything of it.

Brought my cart back and ran into him again because he was constantly in the aisle almost like he wanted my butt to rub against him.

I had to run more coffee out to David and Lauren's cart. On my way back that's when Alberto stopped me and asked for the cookies and that's when I realized he may actually be recording under my dress. He noticed me looking at his phone and quickly moved it to his leg keeping the screen hidden from veiw.

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20034-CMA
EXHIBIT NO. 18c