

I went into the galley and tried to watch to see if I could view his screen to see if he was infact recording me or snapping photos under my dress.

When Lauren and David returned with the cart I informed Lauren of my suspicions. We didn't want to confront him because he was armed and couldn't ask the guys next to him in 37C because he too was an escort and didn't know if they were in this together. So I asked her to record me walking through the cabin and record him to see what he does. And Boom. Sure enough he was recording under my dress as I walked back.

Captain was Immediatly called and the rest was unfolded later on.

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20034-CMA
EXHIBIT NO. 18d