# Military Training Certificate

## RESERVE OFFICERS' TRAINING CORPS



This is to certify that __BILLY OLVERA__ successfully completed __4 years__ of instruction in the __JUNIOR__ Reserve Officers' Training Corps, on __May__, 19__95__.

Given at __J.W. NIXON HIGH SCHOOL__

this __5TH__ day of __May__ in the year of our Lord, one thousand nine hundred and __NINETY-FIVE__.

CHARLES M. BOREN
LTC (RET) DAI

DA FORM 134, 1 JUL 71     PREVIOUS EDITION IS OBSOLETE.

# DEPARTMENT OF THE ARMY
## FOURTH REGION (ROTC)
### CERTIFICATE OF APPRECIATION

AWARDED TO

CADET CAPTAIN BILLY OLVERA



FRED CASANOVA
MSG (RET)
HQ4R Form 68-2
Nov. 84

ANTONIO B. MARTINEZ
1SG (RET)
SENIOR ARMY INSTRUCTOR



# Military Training Certificate

## RESERVE OFFICERS' TRAINING CORPS



This is to certify that **BILLY OLVERA** successfully completed **3** years of instruction in the **JUNIOR** Reserve Officers' Training Corps, on **May**, 19**94**.

Given at **J.W. NIXON HIGH SCHOOL** this **31ST** day of **May** in the year of our Lord, one thousand nine hundred and **NINETY-FOUR**.

CHARLES M. BOREN
LTC (RET), DAI

DA FORM 134, 1 JUL 71   PREVIOUS EDITION IS OBSOLETE.