



# United States Marine Corps

*This is to certify that*

Private First Class Billy Olvera

*has completed the course prescribed by the*

**Commandant of the Marine Corps for**

Administrative Clerk Course 28-96
Personnel Administration School

*Given at*

Marine Corps Service Support Schools
Marine Corps Base, Camp Lejeune, NC

this ___3rd___ day of ___July___ 19__96__

J. A. GRETCH
Major, U.S. Marine Corps
Commanding



# United States Marine Corps

This is to certify that

BILLY OLVERA

has completed the seminar prescribed by

## "LAY LEADER TRAINING"

Given at

## CAMP LEJEUNE, JACKSONVILLE, NC

this ___11TH___ day of ___FEBRUARY___ , 19 __97__

R. E. RECTOR

**DIVISION CHAPLAIN**



**UNITED STATES MARINE CORPS**
PERSONNEL ADMINISTRATION SCHOOL
MARINE CORPS SERVICE SUPPORT SCHOOLS
PSC BOX 20041
CAMP LEJEUNE, NORTH CAROLINA 28542-0041

IN REPLY REFER TO:

1650
PAScol

Ms. Juanita Olvera
811 E. San Carlos
Laredo, TX 78040

Dear Ms. Olvera:

It is my pleasure to inform you that your son, Private First Class Billy Olvera, U.S. Marine Corps, is the third place honor graduate in the Administrative Clerk Course, Class 28-96 having achieved a 96.9% grade point average.

Attaining this academic honor has not been an easy task for him. The competition among all the students in the class for the best grades was keen. Furthermore, the eight week course of instruction was intense since all the students must learn the administrative skills they will need to know before they are transferred to their next permanent duty assignment.

You can be proud of your son and be assured that by his accomplishment, he has upheld the highest standards of the Marine Corps.

Sincerely,

J. A. GRETCH
Major, U.S. Marine Corps
Acting



**UNITED STATES MARINE CORPS**
MARINE AIR CONTROL SQUADRON 4
MARINE AIR CONTROL GROUP 18
1ST MARINE AIRCRAFT WING
MARINE FORCES PACIFIC
UNIT 37215
FPO AP 96603-7215

IN REPLY REFER TO:

1600
CO
31 May 99

From:  Commanding Officer, Marine Air Control Squadron 4
To:    Corporal Billy Olvera 453 73 2045/0151 USMC

Subj:  LETTER OF APPRECIATION

1.  In less than a month LtCol Cole assumes the command of the
    Squadron.  Time certainly has gone by quickly these past
    twenty-three months, and though I have been able to
    recognize the efforts of many Marines during that time, I
    know that much good effort is exhausted everyday that often
    does not achieve notice.

2.  I have been fortunate as a commander in the quality of
    Squadron Marines on whom I have depended to carry out the
    missions or tasks we have received.  I have been fortunate
    in having you as a leader of Marines in the Squadron.  Your
    contributions to operational mission success and daily
    garrison activities are valued by me and by the leadership
    of the Squadron.  Though you may believe that you were only
    carrying out your duties, your enthusiasm and cooperation
    have made the qualitative difference between a worthwhile
    achievement and just getting the job done.

3.  I have noticed your performance during the period, and
    contributions to the successes of the Squadron, and they are
    much appreciated.  I wish you the best possible personal and
    professional success in the future, and hope that the
    opportunities that you have taken advantage of over the past
    near two years will stand you in good stead in the years to
    come.

                                    J. J. KINNERUP



# United States Marine Corps

Lance Corporal Billy Olvera 453 73 2045/0151 USMC

was, on the _____17th_____ day of _____Nov_____ , 19<u>97</u> ,

the subject of a

## MERITORIOUS MAST

conducted by the
Commanding Officer
3d Battalion, 10th Marines
2d Marine Division, MarForLant
Camp Lejeune, North Carolina 28542-0108

*for outstanding service as follows:*

"For your outstanding performance of duty while serving as Administrative Clerk, 3rd Battalion, 10th Marines, 2d Marine Division, II Marine Expeditionary Force during exercise Express Sword 1-98, from 2 to 20 October 1997. As a result of your aggressive approach to your duties, and willingness to apply what you have learned, your efforts resulted in the completion in excess of 200 hundred service record audits. These efforts have significantly contributed to the overall combat readiness of this battalion. Additionally, serving as a Catholic Lay Leader you played a vital role in providing religious services to the Marines of 10th Marine Regiment. Your support to the Battalion Religious Program is to be commended. Your outstanding effort, positive attitude and motivation reflected great credit upon yourself, the Marine Corps, and the United States Naval Service."

G. M. DALLAS
Lieutenant Colonel
U. S. Marine Corps
Commanding



United States Marine Corps

Postal

POSTAL MARINES........
MOTIVATED & DEDICATED

Camp Lejeune

taken charge on commanding

LCPL BILLY JOE VERDA 455-73 2015 USMC

for

FOR SUCCESSFUL COMPLETION OF THE
MAIL CLERK INDOCTRINATION COURSE

10 March 1998

Date

D. L. McCARTY CWO3 USMC

Postal Officer

# United States Marine Corps

## School of Infantry



takes pleasure in presenting this certificate to

### BILLY OLVERA

certifying that he has met all the requirements and has successfully completed the curriculum prescribed for

## Marine Combat Training

Therefore, in recognition and in validation my signature and the School of Infantry Seal is hereunto affixed this _____ TENTH _____ day of _____ MAY _____ 19 96

L. D. ROBERT, LTCOL, USMC
COMMANDING OFFICER



# United States Marine Corps

## Certificate of Commendation

COMMANDING OFFICER, MARINE AIR CONTROL SQUADRON 4

*takes pleasure in commending*

**CORPORAL BILLY OLVERA**
UNITED STATES MARINE CORPS

*for*

OUTSTANDING PERFORMANCE OF HIS DUTIES WHILE SERVING AS ADMINISTRATIVE CLERK, MARINE AIR CONTROL SQUADRON 4, MARINE AIR CONTROL GROUP 18, 1ST MARINE AIRCRAFT WING, III MARINE EXPEDITIONARY FORCE, U. S. MARINE CORPS FORCES, PACIFIC. CORPORAL OLVERA DISPLAYED AN EXCEPTIONAL DEGREE OF PERSONAL INITIATIVE, DEVOTION TO DUTY, AND ATTENTION TO DETAIL, WHICH CONTRIBUTED TO NO DISCREPANCIES PRESENT IN THE ADMINISTRATION SECTION DURING THE 1ST MARINE AIRCRAFT WING, COMMANDING GENERAL'S FUNCTIONAL AREA INSPECTION CONDUCTED FROM 25 MAY 1999 TO 1 JUNE 1999. CORPORAL OLVERA FLAWLESSLY MANAGED THE INSPECTION, WHICH CONSISTED OF AWARDS, PUBLICATIONS, AND FILES AND DIRECTIVES. THE KNOWLEDGE DISPLAYED BY CORPORAL OLVERA DURING THE INSPECTION WAS EXTREMELY EXCEPTIONAL FOR A MARINE OF HIS GRADE. CORPORAL OLVERA'S PROFESSIONAL ABILITY, RESOURCEFULNESS AND DEDICATION TO DUTY REFLECT GREAT CREDIT UPON HIMSELF, AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

11TH JUNE 99
_____
Date

_____
J. J. KINNERUP
LIEUTENANT COLONEL, U.S. MARINE CORPS
COMMANDING

NAVMC 10631 (REV. 8-89) (1650) SN: 0000-00-006-1560



# Certificate of Good Conduct

LANCE CORPORAL BILLY OLVERA 453 73 2045

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FIRST AWARD                    *for the period*

8 January 1996        to        7 January 1999              .

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

J. J. KINNERUP
U.S.M.C.

Lieutenant Colonel
COMMANDING

MACS-4 MACG-18 1STMAW

UNIT 37215 FPO AP 96603-7215
UNIT

8 January 1999
DATE OF AWARD

NAVMC 71 (REV. 9-66) (1650)
SN: 0109-LF-062-6500

# United States Marine Corps

## Certificate of Commendation



**COMMANDING OFFICER, 3D BATTALION, 10TH MARINES**

*takes pleasure in commending*

**LANCE CORPORAL BILLY OLVERA 453 73 2045/0151**
**UNITED STATES MARINE CORPS**

*for*

"Superior performance in the execution of his duties at 3d Battalion, 10th Marines, 2d Marine Division, II Marine Expeditionary Force. During the period 1 January to 2 March 1998, Lance Corporal Olvera distinguished himself as an energetic, conscientious Marine while serving within the Battalion Administrative Center. Meticulously accurate, he displayed a high sense of personal responsibility for the quality of his work. His personal efforts during the preparatory phase of the Marine Corps Administrative Analysis Team (MCAAT) Inspection contributed greatly to the Battalion's outstanding mark. Lance Corporal Olvera's efforts provided a superb example for his fellow Marines and greatly contributed to the high morale and outstanding reputation enjoyed by the "Seven for One" Battalion. Lance Corporal Olvera's professionalism and dedication to duty reflect great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service."

5 March 1998
_____
Date

G. M. DALLAS
Lieutenant Colonel
U. S. Marine Corps
Commanding

NAVMC 10631 (REV. 8-89) SN: 0109-LF-064-0200

# Marine Corps Association

## CERTIFICATE OF ACHIEVEMENT



Private First Class Billy Olvera 453 73 2045/0151 USMC

*The Board of Governors of The Marine Corps Association takes pleasure in presenting this award in recognition of high endeavor and superior accomplishments while enrolled in a course of study in professional education prescribed by the Commandant of the Marine Corps.*

Given this _____third_____ day of _____July_____ 19 _96_

_____
Secretary Treasurer

_____
School Director