

# US Immigration and Customs Enforcement
**Office of Firearms and Tactical Programs**

## Certificate of Achievement

In recognition of your successful completion of the 80 hour **Defensive Tactics Instructor Course (DTI-1501)**

ICE Defensive Tactics
Integrated Scenario Based Training
ICE Baton
OC

# Billy Olvera

This 16th day of January 2014

Brian Novesky
Defensive Tactics Program Manager
Office of Firearms and Tactical Programs

J. David Davis
Deputy Assistant Director
Office of Firearms and Tactical Programs



# U.S. Immigration and Customs Enforcement

## Fugitive Operations Division Award Coin

Presented to

### Billy Olvera

You are presented this coin in recognition of achievement for your recent Special Response Team deployment to assist DHS efforts during an extraordinary migrant influx along the Southwest border as well as your ongoing support of the Fugitive Operations Division's mission to reduce the number of at-large removable noncitizens within the U.S. and combat transnational threats to public safety. Thank you for your unwavering dedication, hard work, and professionalism.

**September 19, 2021 to October 19, 2021**

Russell Hott
Acting Assistant Director, Enforcement



# U.S. Immigration and Customs Enforcement

## Certificate of Recognition

2019 FOD Cup
San Antonio Field Office
3rd Place

# Billy Olvera

Daniel A. Bible
Field Office Director
San Antonio Field Office

This 27th day of June 2019

# Homeland Security Investigations Task Force Officer Course
## Certificate of Completion



Presented to:

**Billy Olvera**

March 02, 2021

In recognition of your completion of the
HSI Task Force Officer Training Course

Score: 100%
30 / 30



# U.S. Immigration and Customs Enforcement

*Billy Olvera*

is awarded this Certificate of Graduation for having completed all requirements for the

**FIELD OPERATIONS TRAINING PROGRAM – 710**

This 16th day of June 2017

Anthony S. Putnam, Division Chief
Office of Training and Tactical Programs

Joe M. Jeronimo, Assistant Director
Office of Training and Tactical Programs



# U.S. Immigration and Customs Enforcement

## Certificate of Completion

Presented to

### Billy Olvera

Field Delivered Case Management Training
Enforcement and Removal Operations
SCT-CMT-LRD-720

U. S. Immigration and Customs Enforcement
Department of Homeland Security

Laredo, Texas
October 20, 2017

SDDO Juan R. Betrones, ERO/SNA
SDDO Hector J. Flores, ERO/SNA





**U.S. Immigration and Customs Enforcement**
**Office of Firearms and Tactical Programs**

# Certificate of Achievement

In recognition of your successful completion of the

Active Shooter Response Instructor Course - 1805

# Billy Olvera

This 29th day of June, 2018

Kathleen Sweeney
Unit Chief
Tactical Operations Unit

Stephen Wharton
Firearms Program Manager
Tactical Operations Unit



**U.S. Immigration and Customs Enforcement**
**Office of Firearms and Tactical Programs**

**Certificate of Achievement**

In recognition of your successful completion of the

Firearms Instructor Recertification Course FI-R-1805

# Billy Olvera

This 22nd day of June, 2018

Stephen Wharton
Firearms Program Manager
Tactical Operations Unit

Kathleen Sweeney
Unit Chief
Tactical Operations Unit



# U.S. Immigration and Customs Enforcement
### Office of Firearms and Tactical Programs

## Certificate of Achievement

In recognition of your successful completion of the 24 hour
**TASER Instructor Course (TIC-1903)**

# Billy Olvera

This 12th day of September 2019

_____
Kalym Wagers
Unit Chief (A)
Office of Firearms and Tactical Programs

_____
Stephen Wharton
ERO Defensive Tactics Section Chief (A)
Office of Firearms and Tactical Programs



# United States Department of Homeland Security
## Bureau of Customs and Border Protection
### Rio Grande Valley Sector BORSTAR

Presents this certificate to

## Billy Olvera

for satisfactory completion of

### First Responder Training

conducted at

**Edinburg, Texas**

April 27, 2007
_Given This Date_

_Senior Patrol Agent_
_Instructor_





# U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement Academy

*Billy Olvera*

is awarded this Certificate of Graduation for having completed all requirements for the

ADVANCED LAW ENFORCEMENT REFRESHER TRAINING FOR IMMIGRATION ENFORCEMENT AGENTS

ICE-ALERTI-006

August 20, 2010

Joe Wolf, Deputy Assistant Director
ICE Office of Training and Development

Gary L. Beard, Chief of Staff
Detention and Removal Division

# US Immigration and Customs Enforcement
## National Firearms and Tactical Training Unit

### Certificate of Achievement

In recognition of your successful completion of the 32 hour

Field Maintenance Armorer Training Program (FMAT 1208)

this certificate is presented to:

# Billy Olvera

this 30th day of August 2012



_____
Walter Diaczenko
Senior Firearms Training Specialist
National Firearms and Tactical Training Unit

_____
James O'Brien
Section Chief Firearms
National Firearms and Tactical Training

U.S. Customs and Border Protection
# U.S. BORDER PATROL

Presents this

## Certificate of Completion

to

### Billy Olvera

For successfully completing the 40-hour Rio Grande Valley Sector 2013 Integrated National Honor Guard Academy Class III. Your dedication and commitment will enable you and your agency to continue honoring all law enforcement officers.

February 15, 2013
Edinburg, Texas

Rosendo Hinojosa
Chief Patrol Agent
*Rio Grande Valley Sector*

Arturo J. De Luna Jr.
Supervisory Border Patrol Agent
*Rio Grande Valley Sector*

# U.S. Department of Homeland Security

## U.S. Customs and Border Protection
## U.S. Border Patrol Academy



*Presents this certificate to*

## Billy Olvera

*for satisfactory completion of the Basic Training Course for Border Patrol Agents*

April 11, 2007
Date

Chief Patrol Agent
U.S. Border Patrol Academy