

This certificate is awarded to

*Billy Olvera*

in recognition of Fifteen Years of service in the Government of the United States of America.

December 23, 2017

Daniel A. Bible
San Antonio Field Office Director
U.S. Immigration and Customs Enforcement