

# TOP DOG
## Presenter

# Billy Olvera

This certificate of appreciation is awarded to our Top Dog Presenter for participating in our Annual Career Day at J.B. Alexander High School–9th Grade Campus on February 16, 2023.

*Michelle Gomez*

**Michelle Gomez**
AHS9 Associate Principal



*Pure Breed of Knowledge*

# ARCHDIOCESE FOR THE MILITARY SERVICES, U.S.A.
P.O. Box 4469
Washington, DC  20017-0469

## APPOINTMENT OF
## EXTRAORDINARY MINISTER OF THE EUCHARIST

### BILLY OLVERA

is hereby commissioned to serve as an Extraordinary Minister of the Eucharist for the

Catholic Community of

CAMP LE JEUNE, NC

The Extraordinary Minister of the Eucharist is entrusted with the duty and privilege of bringing

Holy Communion to the faithful.

This commission extends for a period of three years or until reassignment to another

installation.

_____  
Delegate of the Archbishop

_____  
Priest - Chaplain

October 24, 1997



# Certificate of Congratulation

To all to whom these Presents shall come, this Certificate is Presented to

**BILLY OLVERA**

It is my privilege to extend cordial congratulations upon the accomplishment of your graduation. May this day begin for you further achievement of outstanding citizenship in your community and for your country.

In Testimony Whereof, I have hereunto signed my name and caused the seal of the House of Representatives to be affixed at the City of Austin, this the 25TH day of MAY A.D., 1995.

*Henry Cuellar*
State Representative

Not printed at State expense

# The United States Department of Labor



## Certificate of Training

*Awarded by*

*The National Veterans' Training Institute*

*to*

# BILLY OLVERA

*for successfully completing*

## Orientation to Veterans' Services

_____
Assistant Secretary for
Veterans' Employment and Training

_____
NVTI Director

# The United States Department of Labor

## Certificate of Training

*Awarded by*

The National Veterans Training Institute

*to*

**Billy Olvera**

*for successfully completing*

Labor & Employment Specialist
University of Colorado at Denver
Given this 7th day of October 2005

*Assistant Secretary for Veterans' Employment and Training*

*NVTI Director*

Place NVTI Seal here after completion of course

# Certificate of Appreciation



Thank You for participating in our 2018-19 Career Day Celebration



February 13, 2019

Mary Help of Christians School

# Who's Who AMONG STUDENTS IN American Junior Colleges

This is to certify that

**BILLY OLVERA**

has been elected to
Who's Who Among Students in
American Junior Colleges
in recognition of outstanding merit and
accomplishment as a student at

**LAREDO COMMUNITY COLLEGE**

**2000-2001**



Director