UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20034-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**BILLY OLVERA**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on the Government's Motion to Seal [ECF No. 71]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents may be filed under seal and shall remain under seal until August 22, 2025. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record